# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. GOMEZ,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV-F-04-6544 REC LJO<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

　　　The parties to this action have filed Consents to Jurisdiction of United States Magistrate Judge. Thus, on the basis of good cause, this action is referred to United States Magistrate Judge Lawrence J. O'Neill for all further proceedings and entry of judgment in accordance with 28 U.S.C. § 636(c) and F.R.Civ.P. 73(c).  The new case number shall be **CV-F-04-6544 LJO**.  All further documents filed in this action shall bear the new case number.

　　　IT IS SO ORDERED.

**Dated:  April 18, 2005**　　　　　　　　　　　　　　　　　　　　　　　　**/s/ Robert E. Coyle**
668554　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1