1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7316
5
   Attorneys for Defendant
6

7
                IN THE UNITED STATES DISTRICT COURT FOR THE
8
                       EASTERN DISTRICT OF CALIFORNIA
9

10 ROBERT C. GOMEZ,               )   1:04-cv-06544 LJO
                                  )
11              Plaintiff,        )   STIPULATION AND
                                  )   ORDER TO EXTEND
12          v.                    )   TIME
                                  )
13 JO ANNE B. BARNHART,           )
   Commissioner of Social         )
14 Security,                      )
                                  )
15              Defendant.        )
   _____)
16

17      The parties, through their respective counsel, stipulate that

18 the time for filing defendant's opposition to plaintiff's opening

19 brief be extended from July 7, 2005 to September 7, 2005.

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1     This is defendant's first request for an extension of time to
2 file a response to plaintiff's opening brief.  Due to the length of
3 the administrative transcript, defendant requests the additional
4 time to further review the file and prepare a response in this
5 matter.

6                                     Respectfully submitted,

8 Dated: June   , 2005       /s/ Richard Barron
                                    (As authorized via facsimile)
9                                   RICHARD BARRON
                                  Attorney for Plaintiff

12 Dated: June   , 2005       McGREGOR W. SCOTT
                                  United States Attorney

14                                   /s/ Kristi C. Kapetan
                                  KRISTI C. KAPETAN
15                                   Assistant U.S. Attorney

IT IS SO ORDERED.

66h44d**Dated:   June 29, 2005**        **/s/ Lawrence J. O'Neill**
                                  UNITED STATES MAGISTRATE JUDGE